IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER A. LOVE, JR.                                                                    PLAINTIFF

VS.                                            Civil No. 4:13-cv-4036

THEARDIS EARLEY, *et al*                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 24, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute and failure to follow a Court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge